UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

SEP 12 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BEATRICE DAVIS
    PLAINTIFF,

vs.

CIVIL ACTION NO. 07 1503 (JR)

U.S. DEPARTMENT OF THE NAVY
    DEFENDANT.

### AFFIDAVIT OF SERVICE

I, Beatrice Davis (Plaintiff), hereby, declare that on the 6th day of September, 2007, I mailed a copy of the **summons and complaint, certified mail return receipt request,** to THE UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA, 555 4TH STREET, NE, WASHINGTON DC 20001. **Attached hereto is the certified green card acknowledging service.**

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
United States Attorney
For the District of Columbia
555 4th Street NE
Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
AUG 31 2007

D. Is delivery address different from item 1?   ☐ Yes   ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7007 1490 0004 6569 1766

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

SEP 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**BEATRICE DAVIS**
    PLAINTIFF,

vs.

CIVIL ACTION NO. 07 1503 (JR)

U.S. DEPARTMENT OF THE NAVY
    DEFENDANT.

### AFFIDAVIT OF SERVICE

I, Beatrice Davis (Plaintiff), hereby, declare that on the 6th day of September, 2007, I mailed a copy of the **summons and complaint, certified mail return receipt request,** to UNITED STATES ATTORNEY GENERAL, HONORABLE ALBERTA R. GONZALES, ATTORNEY OF THE UNITED STAES, DEPT., OF JUSTICE ROOM 4400, 950 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20530-0001. **Attached hereto is the certified green card acknowledging service.**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: United States Attorney General, Honorable Alberta R. Gonzales, Attorney of the United States, Dept of Justice Room 4400 950 Pennsylvania Ave NW Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name) AUG 28 2007

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0004 6569 1742

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

SEP 1 2 2007

BEATRICE DAVIS
    PLAINTIFF,

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

vs.

CIVIL ACTION NO. 07 1503 (JR)

U.S. DEPARTMENT OF THE NAVY
    DEFENDANT.

### AFFIDAVIT OF SERVICE

I, Beatrice Davis (Plaintiff), hereby, declare that on the 6th day of September, 2007, I mailed a copy of the **summons and complaint, certified mail return receipt request,** to THE UNITED STATES NAVY, 1000 NAVY PENTAGON, WASHINGTON DC 20350-10004 . **Attached hereto is the certified green card acknowledging service.**

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
THE United States
NAVY
1000 Navy Pentagon
Washington, DC 20350-1000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Glenda McK___  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Glenda McK___
C. Date of Delivery: 8/24/07

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

DEPARTMENT OF THE NAVY
OFFICE OF THE GENERAL COUNSEL
WASHINGTON, D.C. 20350

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 1440 0004 6569 1735

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540