UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BEATRICE DAVIS
    PLAINTIFF,

vs.                                             CIVIL ACTION NO. 07 1503 (JR)

U.S. DEPARTMENT OF THE NAVY
    DEFENDANT.

AFFIDAVIT OF SERVICE

I, Beatrice Davis (Plaintiff), hereby, declare that on the 20th day of September, 2007, I mailed a copy of the **summons and complaint, certified mail return receipt request**, to THE U.S. ATTORNEY OF THE DISTRICT OF COLUMBIA, 501 THIRD STREET NW, WASHINGTON DC 20001.
**Attached hereto is the certified green card acknowledging service.**

[Attached certified mail return receipt (PS Form 3811) addressed to "THE U.S. Attorney of the District of Columbia, 501 Third Street NW, Washington, DC 20001"; signature received, date stamped SEP 17 2007; Article Number 7007 1490 0004 6569 1759; Service Type: Return Receipt for Merchandise.]