UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BEATRICE DAVIS,                )
                               )
        Plaintiff,              )
                               )
             v.                )Civil Act. No. 07-1503 JR
                               )
DEPARTMENT OF THE NAVY         )
The Pentagon                   )
Arlington, Virginia,           )
                               )
        Defendant.              )
_____)

MOTION FOR TWO-DAY EXTENSION OF TIME TO ANSWER

Pursuant to Rule 6(b)(1), defendant hereby moves to extend the time for its answer to the complaint from today (October 30, 2007) to Thursday, November 1, 2007. Undersigned counsel (Fred E. Haynes) attempted to contact plaintiff this afternoon by telephone to determine her position on this motion, but was unable to reach her. Due to the heavy press of other litigation responsibilities, including a dispositive motion filed late last week, undersigned counsel has been unable to prepare the dispositive motion for filing today in this case. The additional two days is, therefore, needed.

Attached is a draft order reflecting the requested relief.

                           Respectfully submitted,

                           JEFFREY A. TAYLOR, DC Bar#498610
                           United States Attorney
                                   /S/
                           FRED E. HAYNES, DC Bar #165654
                           Assistant United States Attorney
                           555 4th Street, N.W., Room E-4110
                           Washington, D.C. 20530
                           (202) 514-7201

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

BEATRICE DAVIS,                 )
                                )
          Plaintiff,            )
                                )
               v.               )Civil Act. No. 07-1503 JR
                                )
DEPARTMENT OF THE NAVY          )
The Pentagon                    )
Arlington, Virginia,            )
                                )
          Defendant.            )
_____)
```

## ORDER

UPON CONSIDERATION of the motion filed by defendant for a two-day extension of time to answer or otherwise respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2007,

ORDERED that the motion is granted, and it is further

ORDERED that defendant shall respond to the complaint on or before November 1, 2007.

                              UNITED STATES DISTRICT JUDGE

Copy to plaintiff and
counsel for defendant

CERTIFICATE OF SERVICE

I certify that on this 30th day of October, 2007, a copy of the foregoing motion for extension of time to answer was served on plaintiff by first-class mail, postage prepaid, to the following address:

>Ms. Beatrice Davis
>1134 Morse Street, N.E.
>Washington, D.C. 20002

>/S/
>FRED E. HAYNES, D.C. BAR #165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201