UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BEATRICE DAVIS,                      )
                                     )
                  Plaintiff,         )
                                     )
            v.                       ) Civil Act.  No.  07-1503 JR
                                     )
DEPARTMENT OF NAVY                   )
The Pentagon                         )
Arlington, VA,                       )
                                     )
                  Defendant.         )
                                     )

### MOTION FOR EXTENSION OF TIME TO ANSWER

Plaintiff requests an extension of time to answer Motion filed by Defendant due
to the Plaintiff suffering a Heart Attack and Stroke on September 25, 2007.  Counsel for
Defendant has agreed to the extension.

Respectfully submitted,

*B. Davis*

Ms. Beatrice Davis
1134 Morse Street, N.E.
Washington, DC  20002
(202) 388-3582

**RECEIVED**
DEC – 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATE OF SERVICE

I, ELIZABETH CRUMB, WILL MAIL A COPY OF THIS MOTION FOR
EXTENSION OF TIME TO ANSWER TO MR. FRED HAYNES, USAD, 555-4TH ST, NW,
ROOM E-4110, WDC 20530, ON DECEMBER 6, 2007

*E. Crumb*
1134 MORSE ST., NE
WDC 20002
(202) 388-3582

THIS IS FOR A CASE ALREADY EXISTING IN THIS COURT