**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BEATRICE DAVIS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-1503 (JR) |
| DEPARTMENT OF THE NAVY, | : |
| Defendant. | : |

**ORDER**

Plaintiff has failed to respond to the government's motion to dismiss or for summary judgment [dkt # 6] within the additional time granted her by minute order on December 7, 2007. Plaintiff is **ORDERED** to show cause no later than March 26, 2008, why that motion should not now be granted as conceded.


JAMES ROBERTSON
United States District Judge