**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BEATRICE DAVIS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-1503 (JR) |
| DEPARTMENT OF THE NAVY, | : |
| Defendant. | : |

**ORDER**

Plaintiff having failed to respond to the government's motion to dismiss or for summary judgment [#6] or to this Court's order to show cause [#10], it is **ORDERED** that this case is **dismissed without prejudice**.

JAMES ROBERTSON
United States District Judge